# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAMONT CLAYTON VANN**  
**ADC #108062**                                                                                                               **PLAINTIFF**

v.                          Case No. 4:24-cv-00015-KGB-BBM

**BRANDON CARROLL,**  
**Warden, Varner Supermax,** *et al.*                                                                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 14). Plaintiff Lamont Clayton Vann has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Partial Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*). It is therefore ordered that:

1. Mr. Vann may proceed with his individual-capacity failure-to-protect claims against Captain Bivens for telling inmates that Mr. Vann sent inappropriate pictures to a minor in September 2022, and Sergeant Ogbozor for labelling Mr. Vann a "snitch."

2. Mr. Vann may proceed with his individual-capacity retaliation claim against Captain Bivens for events that occurred on January 4, 2024.

3. Mr. Vann's remaining retaliation, condition-of-confinement, and official-capacity claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

4. Mr. Vann's claims arising after January 5, 2024, are dismissed without prejudice for failure to state a claim upon which relief may be granted.

5. Warden Carroll, Deputy Warden Jackson, Director Reed, Director Payne, and Sergeant Sherman are terminated as parties to this action.

6. Mr. Vann's motion for preliminary injunction and temporary restraining order is denied (Dkt. No. 3).

It is so ordered this the 27th day of August, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge